# Court of Appeals
# of the State of Georgia

ATLANTA, February 03, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0200. MOUSSA DIARRA v. THE STATE.**

On November 27, 2013, Moussa Diarra filed an application for discretionary appeal in the Supreme Court, seeking review of four probation revocation orders entered in May 2011. The Supreme Court ruled that it lacked subject matter jurisdiction and transferred the application to this Court. We, however, also lack jurisdiction because the application was not timely filed.

To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because Diarra's application for discretionary appeal was filed two and one-half years after the entry of the orders he wishes to appeal, it is untimely, and we lack jurisdiction to consider it. Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/03/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*